TEARMAN SPENCER
City Attorney

ODALO J. OHIKU
ROBIN A. PEDERSON
S. TODD FARRIS
JENNIFER L. WILLIAMS
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

HEIDI WICK SPOERL
KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
PATRICK J. MCCLAIN
HANNAH R. JAHN
JULIE P. WILSON
MEIGHAN M. ANGER
ALEXANDER R. CARSON
ALEXANDER T. MUELLER
ALEXANDER D. COSSI
LISA A. GILMORE
KATHERINE A. HEADLEY
L. ANTHONY JACKSON
STACY J. MILLER
MICHAEL C. RADAVICH
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
JOANNA FRACZEK
Assistant City Attorneys

December 14, 2023

Honorable JP Stadtmueller
United States District Court - Eastern District
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

*VIA E-FILING*

RE:   Regina Barken v. Michael Sarenac; Kent Gordon; James Jordan
        Case No. 22-C-0783

Dear Judge Stadtmueller:

Pursuant to the Court's directive in ECF No. 87, this letter shall serve as notice to the Court and Plaintiff's counsel the Defendants in the above captioned matter do not intend to file additional briefing in support of their motion for summary judgment, and will rest on their brief filed in ECF No. 78.

Very truly yours,

*Electronically signed by Jennifer L. Williams*

JENNIFER L. WILLIAMS
Deputy City Attorney

JLW/cdr

1032-2022-889/288939

